IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES J. DAVIS,

    Plaintiff,

v.                                                        CASE NO. 5:05cv152-RH/WCS

BAY COUNTY SHERIFF, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED without prejudice." Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot. The clerk shall close the file.

    SO ORDERED this 17th day of October, 2005.

                                                s/Robert L. Hinkle
                                              Chief United States District Judge